Martin Goering (admitted *pro hac vice*)
Eugene M Cummings, P.C.
1 N Wacker Dr. Suite 4130
Chicago, Illinois 60606
Telephone: (312) 984-0144
Email: mgoering@emcpc.com

**TSUGAWA BIEHL LAU & MUZZI**
A Hawaii Limited Liability Law Company
ALAN K. LAU          3981
TEDSON H. KOJA       4793
Bishop Place
1132 Bishop St., Suite 2400
Honolulu, Hawaii 96813
Telephone: (808) 531-0490
Email:  ALau@hilaw.us
        Tkoja@hilaw.us

Attorneys for Defendant / Counter-Claimant
HAWAII AIRBOARDS, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NALU KAI INCORPORATED d/b/a NAISH SAILS HAWAII,<br><br>Plaintiff / Counter-Defendant.<br><br>v.<br><br>HAWAII AIRBOARDS, LLC,<br><br>Defendant / Counter-Claimant. | Civil No. 1:14-cv-112-LEK-RLP<br><br>**COUNTER-CLAIMANT HAWAII AIRBOARDS, LLC'S MOTION TO STRIKE CERTAIN OF COUNTER-DEFENDANT'S AFFIRMATIVE DEFENSES PURSUANT TO FED.R.CIV.P. 12(f); COUNTER-CLAIMANT HAWAII AIRBOARDS, LLC'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO STRIKE CERTAIN OF COUNTER-DEFENDANT'S AFFIRMATIVE DEFENSES PURSUANT TO FED.R.CIV.P. 12(f); CERTIFICATE OF SERVICE** |

40126/8/82373

## COUNTER-CLAIMANT HAWAII AIRBOARDS, LLC'S MOTION TO STRIKE CERTAIN OF COUNTER-DEFENDANT'S AFFIRMATIVE DEFENSES PURSUANT TO FED.R.CIV.P. 12(f)

Defendant and Counter-Claimant HAWAII AIRBOARDS, LLC, ("HAB") by and through its attorneys, hereby moves this Court to strike Plaintiff and Counter-Defendant NALU KAI INCORPORATED'S ("Nalu Kai") first, seventh, eighth, tenth, twelfth, fifteenth, sixteenth, seventeenth, nineteenth and twentieth affirmative defenses pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. As set forth in the attached memorandum, the aforementioned affirmative defenses are either insufficiently pled or legally insufficient and should therefore be stricken.

This motion is made pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and Local Rule 7, and is based on the memorandum attached hereto and the Parties' respective pleadings and allegations referenced therein.

DATED: Chicago, Illinois, May 13, 2014.

/s/ Martin Goering
Martin Goering
(admitted *pro hac vice*)

Attorney for Defendant / Counter-Claimant
HAWAII AIRBOARDS, LLC