# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NALU KAI INCORPORATED, d/b/a NAISH SAILS HAWAII,<br><br>　　　Plaintiff / Counter-Defendant,<br><br>v.<br><br>HAWAII AIRBOARDS, LLC,<br><br>　　　Defendant / Counter-Claimant. | Civil No. 14-00112-LEK-RLP |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/Counter-Defendant Nalu Kai Incorporated and Defendant/Counter-Claimant Hawaii Airboards, LLC, by and through their respective counsel, entered into a Stipulation Of Dismissal With Prejudice ("The Stipulation").

Having considered The Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.　All claims presented by Plaintiff/Counter-Defendant Nalu Kai Incorporated in this litigation are dismissed with prejudice.

2.　All claims and counterclaims presented by Defendant/Counter-Claimant Hawaii Airboards, LLC in this litigation are dismissed with prejudice.

3.　The Parties shall bear their own costs and attorneys' fees.

DATED:  Honolulu, Hawaii, May 7, 2015.



　/s/ Leslie E. Kobayashi　
　Leslie E. Kobayashi
　United States District Judge